FILED

2010 JUL -6 PM 3: 34

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff/Respondent, vs. VIRGILIO FLORES-GARCIA, Defendant/Petitioner. | CASE NO. 08-CV-0892 BEN (07-CR-0565) ORDER DENYING CERTIFICATE OF APPEALABILITY |

Concurrently herewith, the Court entered judgment denying Petitioner's Motion to Vacate and Correct Sentence ("Motion") under 28 U.S.C. § 2255. Effective December 1, 2009, this Court must issue or deny a certificate of appealability when it enters a final order adverse to the applicant. Rule 11 foll. 28 U.S.C. § 2255; 28 U.S.C. § 2253; Fed.R.App.P. 22(b). For the reasons set forth below, the Court **DENIES** certificate of appealability as to all claims asserted by Petitioner in his Motion.

A certificate of appealability ("COA") is authorized "if the applicant has made a substantial showing of the denial of a constitutional right." 28 U.S.C.A. § 2253(c)(2). The applicant must meet the "substantial showing" standard with respect to each issue he or she seeks to raise on appeal. *Lambright v. Stewart*, 220 F.3d 1022, 1024 (9th Cir. 2000). "The issue of whether to grant a COA 'becomes somewhat more complicated where, as here, the district court dismisses the (claims) based on procedural grounds.'" *Lambright v. Stewart*, 220 F.3d 1022, 1026 (9th Cir. 2000), quoting *Slack v. McDaniel*, 529 U.S. 473, 484 (2000). In that situation, this Court "must decide whether 'jurists of

1 | reason would find it debatable whether the petition states a valid claim of the denial of a constitutional
2 | right'" and "whether 'jurists of reason would find it debatable whether the district court was correct
3 | in its procedural ruling.'" *Id.*
4 |     In this case, the Court finds that reasonable jurists would not find it debatable that Petitioner
5 | was denied a constitutional right or that the district court was not correct in its procedural ruling.
6 | *Slack*, 529 U.S. at 484; *Lambright*, 220 F.3d at 1026. Accordingly, the Court hereby **DENIES**
7 | certificate of appealability to all claims set forth in Petitioner's Motion.
8 | **IT IS SO ORDERED.**
9 | Date 6/30, 2010

Hon. Roger T. Benitez
Judge, United States District Court